IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION

J.T. SHANNON LUMBER COMPANY, INC.                                    PLAINTIFF

VS.                                    CIVIL ACTION NO.: 2:11-cv-131-MPM-JMV

PLANCHERS DES APPALACHES LTEE, D/B/A
APPALACHIAN FLOORING LTD.                                            DEFENDANT

## ORDER

This case comes before the court on the motion *Ore Tenus* of plaintiff for an extension of the discovery and dispositive motions deadlines. Upon due consideration of the motion and the record, the court finds the motion for additional time well taken.

**ACCORDINGLY, IT IS ORDERED** that the deadline for discovery is extended to September 15, 2012 and the deadline for dispositive motions is extended to October 1, 2012..

THIS the 3rd day of July, 2012.

/s/Jane M. Virden
**UNITED STATES MAGISTRATE JUDGE**